**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:06CR71 |
| | ) | |
| **vs.** | ) | ORDER |
| | ) | |
| **GUSTAVO SAUCEDO-BELTRAN and ROSARIO RAMIREZ-MORENO,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

The court will hold an evidentiary hearing on **all pending motions,** i.e., Motion to Produce (Filing No. 30) filed by defendant Gustavo Saucedo-Beltran, Motion for Bill of Particulars (Filing No. 26), Motion to Produce (Filing No. 27), Motion to Sever (Filing No. 28) and Motion to Produce Confidential Informant (Filing No. 29) filed by defendant Rosario Ramirez-Moreno on **July 11, 2006 at 9:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendants shall be present.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> Disclosure of Evidence. This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
> (a)    Witnesses. A the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> (b)    Exhibits. At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge