IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR71 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GUSTAVO SAUCEDO-BELTRAN, MARIO VALENZUELA-CENTENO, ROSARIO RAMIREZ-MORENO and JESSICA MARTINEZ, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a hearing on pending motions and an arraignment on the Superseding Indictment for defendants Saucedo-Beltram and Ramirez-Moreno on July 11, 2006. During the hearing, the defendants requested additional time in which to file pretrial motions regarding the Superseding Indictment. The request was granted and the defendants were given until August 18, 2006, in which to file pretrial motions.

The ends of justice have been served by granting such request and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 11, 2006 and August 18, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 12th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge