## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:06CR71** |
| vs. | **ORDER** |
| **GUSTAVO SAUCEDO-BELTRAN,** | |
| **Defendant.** | |

This matter is before the court on the motion of Mary C. Gryva to withdraw as retained counsel for the defendant, Gustavo Saucedo-Beltran (Saucedo-Beltran) (Filing No. 49). Since retained counsel, James E. Mitchell, have entered an appearance for Saucedo-Beltran (Filing No. 47), Ms. Gryva's motion to withdraw (Filing No. 49) is granted.

Ms. Gryva shall forthwith provide Mr. Mitchell with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gryva which are material to Saucedo-Beltran's defense.

Withdrawing counsel shall submit her CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order. The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 9th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge