**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR71** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **REPORT AND** |
| | ) | |
| **GUSTAVO SAUCEDO-BELTRAN,** | ) | **RECOMMENDATION** |
| | ) | |
| **Defendant.** | ) | **ON GUILTY PLEA** |

On August 31, 2006, defendant Gustavo Saucedo-Beltran (Saucedo-Beltran), together with his counsel, James E. Mitchell, appeared before the undersigned magistrate judge. Victoria Funes, a certified interpreter in the Spanish language, served as the interpreter by remote telephone hook-up. Saucedo-Beltran was advised of the charges, the penalties and the right to appear before a United States District Judge. After orally consenting to proceed before a magistrate judge, Saucedo-Beltran entered a plea of guilty to Count I of the Superceding Indictment.

After being sworn, Saucedo-Beltran was orally examined by the undersigned magistrate judge in open court as required by Federal Rule of Criminal Procedure 11. Saucedo-Beltran also was given the advice required by that Rule. Finally, Saucedo-Beltran was given a full opportunity to address the court and ask questions.

Counsel for the government and counsel for Saucedo-Beltran were given the opportunity to suggest additional questions by the court. Moreover, both counsel orally certified that they were of the opinion that the plea was knowing, intelligent and voluntary, and that there was a factual basis for Saucedo-Beltran's plea of guilty to Count I of the Superceding Indictment.

Therefore, I find and conclude that: (1) the plea is knowing, intelligent, and voluntary; (2) there is a factual basis for the plea; (3) the provisions of Rule 11 and any other provisions of the law governing the submission of guilty pleas have been complied with; (4) a petition to enter a plea of guilty, on a form approved by the court, was completed

by Saucedo-Beltran, Saucedo-Beltran's counsel and counsel for the government, and such petition was placed in the court file; (5) the plea agreement is in writing and is filed in the court file; (6) there were no other agreements or stipulations other than as contained in the written plea agreement.

**IT IS RECOMMENDED TO JUDGE LAURIE SMITH CAMP that:**

1. She accept the guilty plea and find the defendant, Gustavo Saucedo-Beltran, guilty of the crime set forth in Count I of the Superceding Indictment to which Saucedo-Beltran tendered a guilty plea;

2. She accept the written plea agreement with the understanding that the court is not bound by the parties' stipulations, but may with the aid of the presentence report, determine the facts relevant to sentencing.

**ADMONITION**

Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after being served with a copy of this Report and Recommendation. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 31st day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge