IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR71** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **JUDGMENT** |
| **GUSTAVO SAUCEDO-BELTRAN,** | ) ) ) | |
| **Defendant.** | ) ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 208);

2. The Defendant's § 2255 motion (Filing No. 208) is summarily denied;

3. The Defendant's motion for leave to proceed in forma pauperis is denied; and

4. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 6th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge